**US FIELD CALL**

# VALLEYLAB™ FT10 UPDATE – DECEMBER 2015



**Medtronic**

# AGENDA

- Valleylab FT10 performance YTD (Financial and Clinical)
- New Kit configurations and availability
- Process for trade-ins and "Recent Triad Purchase" program
- Device Recognition on the FT10
- Updates on GPO contracts
- "Mission Possible" update
- Open Mic (Q&A)

**Medtronic**

# BY THE NUMBERS - FT10 FINANCIAL PERFORMANCE YTD

- US Units:  **161 customer units**
- November Shipments:  89
- December Shipments MTD:  72
- Reps with FT10 sales achieved:  57

- US Revenue (FT10  units only):  **$3.2MM**
- Global Revenue:  $3.8MM

- US Revenue as share of global revenue:  **84%**

- US Demo Units Deployed:  **385**
- US FT10 Demo units remaining to deploy:  ~10

Medtronic

# FROM THE FIELD: CLINICAL PERFORMANCE UPDATES

- Jase Warren
  - 11 FT10's sold in November

- Melana Dalby
  - 17 FT10's in single account

- Jason Shields
  - 22 FT10's sold by 4 different reps across region

**Medtronic**

# INITIAL KIT OPTIONS

| "Lap Kit" (VLFT10KIT1) | "Open Kit" (VLFT10KIT2) | "Variety" Kit (VLFT10KIT3) |
|---|---|---|
| 3 Boxes of 1637 | 5 Boxes of 4318 | 3 Boxes of 4318 |
| 2 Boxes of 1644 | 3 Boxes of 1212A | 2 Boxes of 1212A |
| 3 Boxes of 1737 | 2 boxes 1723 | 3 Boxes of 1637 |
| 2 Boxes of 1744 | | 2 Boxes of 1737 |

**Maximum of 3 kits total per account**
Kit purchases are based on contracted LigaSure pricing
No incremental charge for hardware
With Kit purchase, customer receives 1 Valleylab™ FT10 generator
Note: Does NOT include Carts and Foot pedals
Request FT trade, but there is no value for ForceTriad trade-ins with this program.

**Medtronic**

# NEW KIT OPTIONS

| VLFT10KIT4 | VLFT10KIT5 | VLFT10KIT6 | VLFT10KIT7 |
|---|---|---|---|
| 5 Boxes of 1637<br><br>5 Boxes of 4318 | 5 Boxes of 1737<br><br>5 Boxes of 4318 | 4 Boxes of 1637<br><br>4 Boxes of 4318<br><br>2 boxes of 1212A | 5 Boxes of 1744<br><br>5 Boxes of 4318 |

**Maximum of 3 kits total per account**
Kit purchases are based on contracted  LigaSure pricing
No incremental charge for hardware
With Kit purchase, customer receives 1 Valleylab™ FT10 generator
Note:  Does NOT include Carts and Foot pedals
Request FT trade, but there is no value for ForceTriad trade-ins with this program.

Medtronic

# RECENT TRIAD PURCHASE PROCESS

- Sales Team will verify the  purchase took place within the May 1, 2015 through December 1, 2015 window, and match the serial number of the generator.

- Sales Rep needs to create quote for the exchange listing the serial number of the unit (s) being exchanged.

- Sales Rep needs to get a $0.00 PO listing **2 line items listed below** and a picture of the serial number being traded in.
  - 1. VLFT10GEN    (At normal contracted/volume price)
  - 2. VLFTOTP (negative offsetting amount of FT10 generator, resulting in $0 PO)

- Sales Rep sends the PO, Quote and picture of the serial number to Capital Equipment Customer Service team. (CapitalEquipment.CustomerService@Covidien.com)

- Capital Equipment Team has SWM Customer Service team issue an RA for the ForceTriad return.

- Joliet Warehouse send VLFT10GEN to the Customer.

- Plainfield warehouse will send box(s) to the Sales Rep. The Sales Rep will collect, verify the serial numbers and package the ForceTriad being returned

- Sales Rep ships the units back to the address on the RA label (Plainfield warehouse)  .

**Medtronic**

# Q&A ON VALLEYLAB FT10 RTP PROGRAM

- Q:      Will carts be included in the FT10 exchange program?

- A:      Carts are **NOT** included with any of the exchange programs.  The      Valleylab™ FT10 will fit on the cart for the ForceTriad™ system.

- Q:      Does it matter which ForceTriad™ generator is traded in?

- A:      To get credit, the serial number(s) must match the units purchased after   May 1, 2015.  As the Medtronic rep, you will have a crucial role in facilitating        these trade-ins.

- Q:      My customer's  billing location doesn't match due to internal movements within the IDN (e.g.)!

- A:      Work together with marketing, OD, & C/S to reconcile the information for the exchange.

**Medtronic**

# TRADE IN FOR FORCETRIAD UNITS

**Purchase of VLFT10GEN with Trade-In of ForceTriad**

- Sales Rep needs to create quote for the exchange listing the serial number of the unit (s) being exchanged.

- Sales Rep needs to get a PO listing **2 line items below** and a picture of the serial number being traded in.
  - 1. VLFT10GEN     (At normal contracted/volume price)
  - 2. VLFTOTP (negative offsetting amount of up to $8,000)

- Sales Rep sends the PO, Quote and picture of the serial number to Capital Equipment Customer Service team.

- Capital Equipment Team has SWM Customer Service team issue an RA for the ForceTriad return.

- Joliet Warehouse send VLFT10GEN to the Customer.

- Plainfield warehouse will send box(s) to the Sales Rep. The Sales Rep will collect, verify the serial numbers and package the ForceTriad being returned

- Sales ships the units back to the address on the RA label (Plainfield warehouse)

**Medtronic**

# RFA EXCHANGE GUIDELINES

- For RFA's expiring prior to May 1 2016:

  - Work with RM, OD and marketing to create a new multi-year agreement that contains elements of both revenue commitments AND a compliance target.

- For RFA's with expiration dates AFTER May 1, 2016:

  - After business and compliance reviews, work with RM, OD and marketing to prioritize timing for exchange of RFA Triad units.

  - Process for exchanges will be similar to RTP and Trade-in exchange.

Caveat:  As with all RFA agreements, close alignment needed with OD, marketing, legal and sales on the RFA offerings.

**Medtronic**

# VALLEYLAB™ FT10 - DEVICE RECOGNITION

- Device recognition improves patient safety by ensuring that the LigaSure™ devices inserted into the Valleylab™FT10 platform meet OEM specifications.

- ***What does that mean for LigaSure™ devices?***

- Devices that were initially used on the Valleylab™ FT10 energy platform are encoded with procedure data such as number of seals, energy output, and seal completion information so there is accountability for each device and each procedure. As such, the Valleylab™ FT10 energy platform will ultimately limit LigaSure™ devices to one use.

- ***Device recognition also:***

  - Provides the latest software algorithms for LigaSure™ devices.

  - Reduces the need for generator software upgrades.

  - Captures quality data on generator and device performance.



Medtronic

# GPO UPDATES

- Premier:    Valleylab™ FT10 on contract as of 1/1/2016.

- HPG:    Valleylab™ FT10 on contract as of 2/1/2016.

- ROI:    Awaiting countersigned contract, expected effective date of 1/1/2016.

- Amerinet:  Added to Value Creation and energy agreements 2/1/16.

- MedAssets:  Amendment, submitted, TBD

- Ascension:  Presentation to team week of 12/7. Amendment TBD

- Novation – Amendments routing, target of 3/1/16.

## Valleylab™ FT10 Courtesy Pricing Tiers

| Contract | Compliance | Force Triad Unit Price | FT10 Unit Price |
|---|---|---|---|
| AMERINET ELECTRO EQUP T1 | Access | $ 25,628.14 | $ 20,000.00 |
| AMERINET ELECTRO EQUP T2 | 80% | $ 25,628.14 | $ 20,000.00 |
| AMERINET ELECTRO EQUP T3 | 85% | $ 25,628.14 | $ 20,000.00 |
| AMERINET VALUE CREATION EBD A | 80% Total Energy | $ 25,628.00 | $ 20,000.00 |
| AMERINET VALUE CREATION EBD B | 80% Total Energy | $ 24,910.00 | $ 20,000.00 |
| AMERINET VALUE CREATION EBD C | 80% Total Energy | $ 23,850.00 | $ 20,000.00 |
| AMERINET VALUE CREATION EBD D | 80% Total Energy | $ 23,850.00 | $ 20,000.00 |
| ASCENSION(TRG)ADV ENGY-ELEC | | $ 15,500.00 | $ 15,000.00 |
| HCA FORCE TRIAD LEVEL 1 | 2+ Units | $ 24,720.00 | $ 20,000.00 |
| HCA FORCE TRIAD LEVEL 2 | 4+ Units | $ 18,025.00 | $ 17,000.00 |
| HCA FORCE TRIAD LEVEL 3 | 10+ Units | $ 15,450.00 | $ 15,000.00 |
| HPG FORCE TRIAD LEVEL 1 | 2+ Units | $ 25,920.00 | $ 20,000.00 |
| HPG FORCE TRIAD LEVEL 2 | 4+ Units | $ 18,900.00 | $ 17,000.00 |
| HPG FORCE TRIAD LEVEL 3 | 10+ Units | $ 16,200.00 | $ 15,000.00 |
| KAISER ENERGY BASED | | $ 15,200.00 | $ 15,000.00 |
| MED ASSETS FORCE TRIAD LEVEL 1 | 2+ Units | $ 25,250.00 | $ 20,000.00 |
| MED ASSETS FORCE TRIAD LEVEL 2 | 4+ Units | $ 20,500.00 | $ 17,000.00 |
| MED ASSETS FORCE TRIAD LEVEL 3 | 9+ Units | $ 17,500.00 | $ 17,000.00 |
| MED ASSETS FORCE TRIAD LEVEL 4 | 10+ Units | $ 16,500.00 | $ 15,000.00 |
| NOVATION FORCETRIAD LEVEL 1 | 2+ Units | $ 25,000.00 | $ 20,000.00 |
| NOVATION FORCETRIAD LEVEL 2 | 3+ Units | $ 20,000.00 | $ 17,000.00 |
| NOVATION FORCETRIAD LEVEL 3 | 5+ Units | $ 17,000.00 | $ 17,000.00 |
| NOVATION FORCETRIAD LEVEL 4 | 10+ Units | $ 16,000.00 | $ 15,000.00 |
| PREMIER SURGICAL ENERGY T1 | Access | $ 33,802.28 | $ 22,500.00 |
| PREMIER SURGICAL ENERGY T2 | 80% | $ 26,766.19 | $ 20,000.00 |
| PREMIER SURGICAL ENERGY T3 | 80% | $ 25,477.05 | $ 20,000.00 |
| PREMIER SURGICAL ENERGY T4 | 90% | $ 24,951.75 | $ 18,500.00 |
| PREMIER SURGICAL ENERGY T5 | 80% + Revenue | $ 24,163.80 | $ 18,500.00 |
| SURGICAL ENERGY LOCAL PRICING | Bridge Pricing | $ 27,594.01 | $ 20,000.00 |
| SURGICAL ENERGY LOCAL PRICING | Bridge Pricing | $ 26,265.00 | $ 20,000.00 |
| SURGICAL ENERGY LOCAL PRICING | Bridge Pricing | $ 26,265.00 | $ 20,000.00 |
| ROI Tier 1 | | $ 29,150.00 | $ 20,000.00 |
| ROI Tier 2 | | $ 27,825.00 | $ 20,000.00 |
| ROI Tier 3 | | $ 26,897.50 | $ 20,000.00 |
| ROI Tier 4 | | $ 25,000.01 | $ 20,000.00 |

**Medtronic**

# MISSION POSSIBLE UPDATE

- **Valleylab™ FT10 platform winners (FT10 units placed in an account AND ForceTriad units returned – 10 Q points per FT10 unit placed and 10 Q per ForceTriad unit returned)**

  - Melana Dalby — 170Q (17 units)
  - Daniel Wilson — 70Q (7 units)
  - Wes Fraser — 40Q (4 units)
  - Eric Mailly — 40Q (4 units)
  - Jerome Lavender — 30Q (3 units)
  - Tom Corley — 30Q (3 units)
  - Tim Wishard — 30Q (3 units)
  - Mike Boyle — 30Q (3 units)
  - Dan Lazzaro — 30Q (3 units)
  - Craig Hankins — 30Q (3 units)
  - Ed Catoire — 20Q (2 units)
  - Julie Wilderman & Robert Meyer — 20Q (each) (2 units)
  - Jerry Lumpkin — 20Q (2 units)
  - Deb Jones & Joe Larovera — 20Q (each) (2 units)
  - Cary Adams — 20Q (2 units)
  - Christie Nasser — 20Q (2 units)
  - Noah Seitel — 20Q (2 units)
  - Bo Evans — 20Q (2 units)
  - Shanel Anthony — 10Q (1 unit)
  - Stacy Medovitch — 10Q (1 unit)
  - Mike Gardiner — 10Q (1 unit)
  - Jarrett Hall & Rekayi Haynes — 10Q (each) (1 unit)
  - Jared King — 10Q (1 unit)
  - Jeff Carter & Mike Stanton — 10Q (1 unit)

13

**Medtronic**

2:20-cv-03367-BHH      Date Filed 09/23/20      Entry Number 1-5      Page 14 of 14

# Valleylab™ FT10 Q&A

**Medtronic**