**Medtronic**

## MASTER CAPITAL PURCHASE PROGRAM AGREEMENT
### *January 25, 2018*

**McLeod Regional Medical Center of the Pee Dee Inc., ("Customer")**
**PO Box 100551**
**Florence, SC 29506**
**Dear Customer:**

This Master Capital Purchase Program Agreement (this "**Agreement**") made by and between **Customer,** a South Carolina non-profit corporation exempt from taxation pursuant to Section 501(c)(3) of the Internal Revenue Code of 1986, as amended, and Covidien Sales LLC, a Medtronic company ("**Seller**") having an address of 60 Middletown Avenue, North Haven, CT 06473, is effective upon mutual execution by the parties as of the date this Agreement is counter-signed by Seller ("**Effective Date**") for Thirty-Six (36) Months (the "**Program Term**"). "**Contract Year**" shall mean the twelve-month period commencing on the Effective Date and each consecutive twelve-month period thereafter during the Program Term. Capitalized terms may be further defined below.

1.        **PURPOSE:** During the Program Term, Customer hereby agrees to purchase from Seller the capital equipment ("**Capital**"), identified on the attached purchase schedule (the "**Purchase Schedule**"). Seller offers Customer the opportunity to earn an additional discount (a "**Discount**") on the disposable products identified on the Purchase Schedule which disposable products are related to the use of the Capital ("**Related Disposables**") and purchased directly from Seller or an authorized distributor for use with the Capital. The purchase of the Capital and the offer of the Discount on the purchase of the Related Disposables are subject to the terms and conditions set forth herein. Capital and Related Disposables may be referred to herein collectively as "**Products.**"

2.        **PRICING AND PAYMENT TERMS FOR CAPITAL PURCHASE**: During the Program Term, Seller agrees to sell and Customer agrees to purchase the Capital under the terms and conditions set forth in this Agreement. Except as otherwise provided for herein, all terms and conditions governing the direct purchase of Capital in an applicable group purchasing organization agreement (to which Seller is a party), or locally negotiated agreement thereunder, shall apply, in this case, that agreement between Seller and ROI with contract number RMS00227. In the event no such agreements apply, then Seller's standard terms and conditions of sale shall apply. Customer will be invoiced for the Capital purchased hereunder at the Capital Purchase Price ("**Capital Purchase Price**") in the Capital Purchase Payment Schedule attached hereto as Exhibit A-2 ("**Exhibit A-2**"). Seller will invoice Customer at the end of each Contract Year of the Program Term according to Exhibit A-2. Customer shall pay Seller the Capital Purchase Price for the Capital in the amount set forth on Exhibit A-2. The Capital Purchase Price excludes applicable tax and freight. Subject to Section 10 (Termination), payment is due in arrears within thirty (30) days after the expiration of each Contract Year, or date of invoice, whichever is later.

3.        **TITLE:** Title to the Capital will pass to Customer upon shipment. Until Customer has paid for the Capital in full: Customer may not sell, lease, or otherwise transfer the Capital or move it from Customer's address set forth in this Agreement without Seller's prior written consent; and Customer will take proper care of the Capital and make no alterations to it without Seller's prior written authorization. Seller hereby retains a purchase money security interest in the Capital and proceeds thereof, to secure payment for the Capital, any related taxes, and any costs to enforce this security interest. Seller may file at any time a copy of this Agreement with appropriate authorities as a financing statement in order to perfect Seller's security interest. In the event of failure to make an undisputed payment due for the Capital within thirty (30) days of due date, the insolvency of Customer, the filing of a petition in bankruptcy by or against Customer, the appointment of a receiver for Customer, or an assignment for the benefit of creditors of Customer, Seller may terminate this Agreement, refuse to make further shipments hereunder, declare the entire outstanding balance owing on the Capital as set forth on the Purchase Schedule immediately due and payable, and exercise any or all other rights and remedies provided by law, including repossession of the Capital. Seller shall be entitled to recover reasonable attorney's fees and costs of enforcing its rights to payments hereunder, regardless of whether such enforcement includes enforcement against the security or any judicial proceeding. In any judicial action brought by either party to enforce any of such party's rights or remedies under this Agreement, the prevailing party shall

be entitled to all reasonable attorneys' fees and all costs, expenses and disbursements in connection with such action.

4.  **PURCHASE ORDER/PURCHASE AUTHORIZATION:** For shipping purposes, upon placement of the order, Customer will issue a $0 Purchase Order(s) ("PO"). Notwithstanding, the actual Capital Purchase Price for the Capital and payment for the actual Capital Purchase Price will be due in accordance with the terms of this Agreement. Customer will issue subsequent POs thereafter each Contract Year, as necessary within thirty (30) days from receipt of the annual reconciliation statement referenced in Section 8 (Application of Additional Discount), to facilitate the invoicing for the Capital Purchase Price consistent with the terms of Exhibit A-2. Exhibit A-2 is Customer's purchase authorization of the Capital and Customer is responsible for all amounts due under the applicable Purchase Schedule and Exhibit A-2.

5.  **PURCHASE SCHEDULE CHANGE ORDERS:** From time to time during the Program Term, the parties may amend this Agreement by executing a mutually signed amendment to accommodate purchase of additional or replacement Capital or individual components related thereto and to adjust the Discount and the Spend Target in accordance with such changes. No such changes may be for a purchase price of the additional Capital or components of less than $5,000. Change orders are limited to two per Contract Year and cannot be within one (1) year of contract expiration.

6.  **PRICING ON RELATED DISPOSABLES:** Customer's price for the Related Disposables shall be the applicable pricing identified in the "Locally Negotiated Agreement" dated on or about January 26, 2018 between Customer and Seller, any authorized distributor or any applicable group purchase organization agreement through which Customer purchases the Related Disposables (as applicable, the "**Sales Agreement**"), or, in the absence of any of the foregoing, Seller's list prices in effect at the time of such purchase. Except as specifically set forth in this Agreement, the terms and conditions of sale for direct purchases by Customer from Seller shall be the terms and conditions of sale set forth in the applicable Sales Agreement or, if no such terms are stated therein, the standard terms and conditions of sale of Seller in effect at the time of such sale. For all Products purchased by Customer through an authorized distributor, the terms and conditions of sale will be those mutually agreed to by the authorized distributor(s) and Customer.

7.  **ADDITIONAL DISCOUNT:** Customer may earn a Discount on the Related Disposables based on the total net purchases of the Related Disposables purchased in each Contract Year during the Program Term directly from Seller or an authorized distributor (unless otherwise noted on the Purchase Schedule). The amount of the Discount will depend upon the value of the Related Disposables purchased and is set forth in the Purchase Schedule. The purchase requirements that must be met to be eligible for a particular Discount are set forth in Exhibit A-2. Following each Contract Year, Seller shall provide a reconciliation statement to Customer documenting the Discount earned (if any) and its application to the Capital Purchase Price. Customer acknowledges that a full description of the potential Discount is set forth in this Agreement and will not be reported in each invoice.

8.  **APPLICATION OF ADDITIONAL DISCOUNT.** At the end of each Contract Year, the Discount earned on net purchases of the Related Disposables will be applied as an offset to the Capital Purchase Price due as described on Exhibit A-2. For the avoidance of any doubt, Customer will receive the Discount based on its net purchases of Related Disposables during such twelve month period and Customer cannot reach a higher discount threshold by submitting direct cash payments to Seller. Direct cash payments may only be applied to the Capital Purchase Price after the Discount has been applied. Purchases of Related Disposables count towards the Spend Target as set forth on Exhibit A-2 for the Contract Year in which they were purchased and may not count toward a subsequent Contract Year. The maximum Discount earned through Related Disposable net purchases is set forth on Exhibit A-2 and shall not exceed the annual Capital Purchase Price.

9.  **COMPLIANCE:** Customer acknowledges and agrees that all transactions with Seller in connection with this Agreement are made in good faith on the basis of arms-length negotiation. Customer agrees to comply with all applicable laws and regulations in connection with this Agreement, including all standards applicable to disclosure and reporting of any Discounts received hereunder to Medicare, Medicaid or other federal or state health care programs in accordance with 42 U.S.C. §1320b-7b and/or 42 C.F.R. §1001.952(h)(1). The Capital is approved by the United States Food and Drug Administration ("**FDA**") only for certain indications, and Seller's listing and pricing of Capital and provision of Capital set out in this Agreement will not be construed to constitute a promotion or approval by Seller of uses that are other than, or contrary to, those indications (commonly called "off-label" uses). The Capital should only be used for FDA-approved indications. Seller will not be responsible for damages or losses of any kind arising out of off-label uses. Seller's warranties, representations, and obligations under this Agreement are void as to any such off-label

uses. This provision shall survive the termination of this Agreement.

**10.       EXPIRATION/EXTENSION/TERMINATION**: Customer may terminate this Agreement by giving thirty (30) days written notice to Seller. Seller may terminate this Agreement with cause on thirty (30) days written notice to Customer if Customer is not compliant to the terms and conditions of this Agreement and fails to cure such non-compliance within the thirty (30) day notice period. If this Agreement expires by its own terms, or is earlier terminated as provided herein by Customer without cause, or by Seller with cause, Customer shall have thirty (30) days from the expiration date or termination to remit to Seller the Capital Purchase Price based on the applicable Purchase Schedule less any Discount earned prior to the official termination date.

**11.       CONFIDENTIALITY**: Customer agrees that all pricing and other terms set forth in this Agreement are confidential and shall not be disclosed, disseminated, used or otherwise made available to any third party, (i) except for disclosures to its accountant for accounting purposes and to its attorney for legal purposes, provided, however, that any such advisors agree to maintain such information in strict confidence, and use such information only to perform their respective obligations and (ii) except if required by law.

**12.       GOVERNING LAW.** The Agreement shall be governed by the laws of the State of South Carolina, notwithstanding South Carolina's conflict of laws doctrine and venue shall only be had in the United States District Court for the District of South Carolina (Florence Division) or in the Circuit Court of Florence County, South Carolina.

**13.       INELIGIBLE ENTITY.** Seller represents and warrants to Customer that it, its officers, directors, and/or employees involved in the performance of, or negotiation of this Agreement are not currently excluded, debarred, or otherwise ineligible to participate in the Federal or State Health Care Programs as defined in 42 U.S.C. § 1320a - 7b(f) ("the Federal health care programs") or the Federal Procurement or Non-Procurement Programs. Seller shall immediately notify Customer of any change in the status of the representations as set forth in this section. Any breach of this section shall give Customer the right to terminate the Agreement immediately for cause and without penalty of any kind.

**14.       COMPLIANCE PROGRAM.** Seller's representatives acknowledge that Customer maintains a Compliance Program. Customer and Seller acknowledge that the purpose of this Compliance Program is to ensure that business relationships are conducted in an ethical manner and in accordance with all Federal and State rules and regulations. Inclusion in this Program is McLeod Health's Vendor Code of Conduct. This Code of Conduct also contains McLeod Health's Conflict of Interest Policy and other relevant standards which guide McLeod's business relationships and interactions. The McLeod Health Vendor Code of Conduct is incorporated by reference and made part of the Agreement. It may be viewed and downloaded at the following site:   https://www.mcleodhealth.org/wp-content/uploads/2016/10/VendorCodeOfConduct.pdf. If at any time the actions of Seller's representatives violate the terms of McLeod Health's Vendor Code of Conduct, Customer's sole remedy shall be to may immediately terminate the Agreement for cause and without penalty of any kind. In the event of such termination, Customer remains obligated to pay for any amount owed on Products ordered, delivered and accepted prior to such termination. Notwithstanding the foregoing, Seller shall only be required to comply with the foregoing referenced Compliance Program only to the extent that such is consistent with the AdvaMed Code of Ethics on Interactions with Healthcare Professionals and Seller's corporate compliance program.

**15.       VENDORMATE.** The names and qualifications of all Seller's employees who will be assigned to Customer and performing clinical services must be registered through the VendorMate Program in advance of conducting business on Customer's premises.

If the foregoing meets with your approval, please sign and return the enclosed copy, attaching your signed purchase order referencing this Agreement, to the Contract Administration Department via email at Contracts@Covidien.com.

**Agreement Agreed to by:**

| **McLeod Regional Medical Center** | **Covidien Sales LLC** |
|---|---|
| By: _(Signature)_ | By: _(Signature)_ |
| Printed: Dale L. Locklair | Printed: Brian C. DeBoda |
| Title: Senior Vice President Planning & Facilities Management | Title: Vice President of Sales |
| Date: 31 JAN 2018 | Date: January 31, 2018 |

(Please provide PURCHASE ORDER number for further processing.)
PURCHASE ORDER #
**Sales Manager:**     **Barrett Garner**

**EXHIBIT A-1**

**PURCHASE SCHEDULE**

**TO THE AGREEMENT ("Purchase Schedule")**

**Purchased Capital**

| EQUIPMENT | CUSTOMER NUMBER | CUSTOMER NAME | QTY | Extended Price |
|---|---|---|---|---|
| VLFT10GEN | 552953 | MCLEOD REGIONAL MEDICAL CENTER | 20 | $ 300,000.00 |
| VLFTCRT | 552953 | MCLEOD REGIONAL MEDICAL CENTER | 20 | $ 18,791.80 |
| E6008 | 552953 | MCLEOD REGIONAL MEDICAL CENTER | 20 | $ 6,045.20 |
| E6019 | 552953 | MCLEOD REGIONAL MEDICAL CENTER | 20 | $ 1,823.00 |

| EQUIPMENT | CUSTOMER NUMBER | CUSTOMER NAME | QTY | Extended Price |
|---|---|---|---|---|
| VLFT10GEN | 554283 | CLARENDON MEMORIAL HOSPITAL | 2 | $ 30,000.00 |
| VLFTCRT | 554283 | CLARENDON MEMORIAL HOSPITAL | 2 | $ 1,879.18 |
| E6008 | 554283 | CLARENDON MEMORIAL HOSPITAL | 2 | $ 604.52 |
| E6019 | 554283 | CLARENDON MEMORIAL HOSPITAL | 2 | $ 182.30 |

| EQUIPMENT | CUSTOMER NUMBER | CUSTOMER NAME | QTY | Extended Price |
|---|---|---|---|---|
| VLFT10GEN | 543577 | MCLEOD SEACOAST HOSPITAL | 8 | $ 120,000.00 |
| VLFTCRT | 543577 | MCLEOD SEACOAST HOSPITAL | 8 | $ 7,516.72 |
| E6008 | 543577 | MCLEOD SEACOAST HOSPITAL | 8 | $ 2,418.08 |
| E6019 | 543577 | MCLEOD SEACOAST HOSPITAL | 8 | $ 729.20 |

| EQUIPMENT | CUSTOMER NUMBER | CUSTOMER NAME | QTY | Extended Price |
|---|---|---|---|---|
| VLFT10GEN | 330096 | LORIS COMMUNITY HOSPITAL | 4 | $ 60,000.00 |
| VLFTCRT | 330096 | LORIS COMMUNITY HOSPITAL | 4 | $ 3,758.36 |
| E6008 | 330096 | LORIS COMMUNITY HOSPITAL | 4 | $ 1,209.04 |
| E6019 | 330096 | LORIS COMMUNITY HOSPITAL | 4 | $ 364.60 |

| EQUIPMENT | CUSTOMER NUMBER | CUSTOMER NAME | QTY | Extended Price |
|---|---|---|---|---|
| VLFT10GEN | 552954 | MCLEOD DILLON | 2 | $ 30,000.00 |
| VLFTCRT | 552954 | MCLEOD DILLON | 2 | $ 1,879.18 |
| E6008 | 552954 | MCLEOD DILLON | 2 | $ 604.52 |
| E6019 | 552954 | MCLEOD DILLON | 2 | $ 182.30 |

| EQUIPMENT | CUSTOMER NUMBER | CUSTOMER NAME | QTY | Extended Price |
|---|---|---|---|---|
| VLFT10GEN | 550355 | MCLEOD HEALTH CHERAW | 3 | $ 45,000.00 |
| VLFTCRT | 550355 | MCLEOD HEALTH CHERAW | 3 | $ 2,818.77 |
| E6008 | 550355 | MCLEOD HEALTH CHERAW | 3 | $ 906.78 |

| E6019 | 550355 | MCLEOD HEALTH CHERAW | 3 | $ | 273.45 |

| | TOTAL | $ | 636,987.00 |

Trade-In Equipment

| Equipment | Customer Number | Customer Name | SERIAL NUMBER |
| --- | --- | --- | --- |
| FORCETRIAD | 543577 | MCLEOD SEACOAST HOSPITAL | T7H3780E |
| FORCETRIAD | 543577 | MCLEOD SEACOAST HOSPITAL | T3H36978EX |
| FORCETRIAD | 330096 | LORIS COMMUNITY HOSPITAL | T0H17733E |
| FORCETRIAD | 554283 | CLARENDON MEMORIAL HOSPITAL | T3137220X |
| FORCETRIAD | 554283 | CLARENDON MEMORIAL HOSPITAL | T3137213EX |

**The total credit received from a trade-in ("Trade-In Credit") shall not exceed [Trade-In Credit Amount] [for all equipment traded in under this Agreement]/ [for each category of equipment to be traded in under this Agreement].**

| *[DOWNPAYMENT AMOUNT]/[TRADE-IN CREDIT AMOUNT*]* | $ | (57,400.00) |
| --- | --- | --- |

| *NET CAPITAL PURCHASE PRICE (AMOUNT TO BE LISTED IN Exhibit A-2)* | $ | 579,587.00 |
| --- | --- | --- |

*[IF TRADING IN EQUIPMENT: By trading in any equipment under this Agreement, Customer represents and warrants that (i) it has full right, title and authority to the trade-in equipment; (ii) it can trade in such equipment under this Agreement; and (iii) no third party has any right, title or interest in such equipment.]  CUSTOMER MAKES NO OTHER WARRANTIES, EXPRESS OR IMPLIED, OF ANY KIND WITH RESPECT TO TRADE-IN EQUIPMENT, INCLUDING ANY WARRANTY OF MERCHANTABILITY, WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE, AND WARRANTY OF NON-INFRINGEMENT AND IS BEING PROVIDED BY CUSTOMER, "AS IS."*

## EXHIBIT
## A-2
## CAPITAL PURCHASE PAYMENT
## SCHEDULE

| Annual Payment Terms | Period Ending | Minimum Annual Related Disposable Purchase Value Requirement to earn maximum Discount* | Maximum Annual Discount* | Discount Earned on Disposable Net Purchase Requirement (based on earning 100% Discount) | Discount Earned on Disposable Net Purchase Requirement (based on earning 75% Discount) | Discount Earned on Disposable Net Purchase Requirement (based on earning 50% Discount) | Discount Earned on Disposable Net Purchase Requirement (based on earning 0% Discount) |
|---|---|---|---|---|---|---|---|
| Payment 1 Due | One year from Effective Date | $ 507,000.00 | $ 193,195.67 | $ 193,195.67 | $ 144,896.75 | $ 96,597.83 | $ - |
| Payment 2 Due | Two years from Effective Date | $ 507,000.00 | $ 193,195.67 | $ 193,195.67 | $ 144,896.75 | $ 96,597.83 | $ - |
| Payment 3 Due | Three years from Effective Date | $ 507,000.00 | $ 193,195.67 | $ 193,195.67 | $ 144,896.75 | $ 96,597.83 | $ - |
| Total over Term | | $ 1,521,000.00 | $ 579,587.00 | $ 579,587.00 | $ 434,690.25 | $ 289,793.50 | $ - |

**\*During the Program Term, Customer will earn a Discount based on the achievement level of Related Disposable purchases to the Spend Target during the applicable Contract Year (see target levels below). Customer may pay for the Capital with any combination of a Discount and/or direct cash payments for the Capital. For the avoidance of any doubt, Customer will receive the Discount based on its net purchases of Related Disposables during such Contract Year and Customer cannot reach a higher Discount threshold by submitting direct cash payments to Seller. Direct cash payments may only be applied after the Discount has been applied. Purchases of Related Disposables count towards the Spend Target for the Contract Year in which they were purchased and may not count toward a subsequent Contract Year.**

| Contract Year Disposable Spend Target Achievement | Contract Year Discount % Earned | Contract Year Cash Payment Required for Capital after application of Discount |
|---|---|---|
| 100% (or greater) | 100% | $0.00 |
| 90% - 99% | 75% | $48,298.92 |
| 80% - 89% | 50% | $96,597.83 |
| 0% - 79% | 0% | $193,195.67 |

The above Spend Target shall not be interpreted to require Customer to purchase more than ninety percent (90%), on a total spend basis, of Customer's requirements for products of the kind set forth in Exhibit A-1. In the event that by satisfying the Spend Target it is determined that Customer would be required to purchase more than ninety (90%) of such requirements from Seller in any Contract Year, Customer should notify Seller and the parties agree to meet within sixty (60) days of such notice and negotiate an appropriate new Spend Target. Subject to applicable law and any confidentiality obligations, upon Seller's request, Customer shall provide Seller with Customer's applicable disposable product total spend over the previous twelve months and such other reasonable information necessary to permit Seller to verify Customer's Seller utilization percentage.

For reporting purposes under applicable discount reporting laws and regulations, Customer should allocate the total earned Discount off the aggregate net purchases for all Related Disposables purchased during the corresponding payment period.

*Annual periodic payments are due no later than 30 days from date of invoice.*

**Additional Provisions:**

Annual purchase value of Related Disposables shall be net of returns, rebates, additional discounts, taxes, shipping, and credits related thereto.

Except as otherwise authorized by Seller, the Product pricing and discounts offered herein may not be eligible for combination or inclusion with other pricing or incentive offers/programs related to the Product which may be available from time to time through a group purchasing organization, federal supply schedule, authorized distributor, or Seller.

Each Related Disposable purchase hereunder is eligible to be allocated towards and qualifies for a discount under only one discount program at time of order.

**Purchase and Capital Purchase Payment Schedules Agreed to by:**

**McLeod Regional Medical Center of the Pee Dee Inc.**

By: _____
(Signature)

Printed: Dale L. Locklair

Title: Senior Vice President Planning & Facilities Management

Date: 31 JUL 2018

**Covidien Sales LLC**

By: _____
(Signature)

Printed: Brian C. DeBoda

Title: Vice President of Sales

Date: February 1, 2018

**Related Disposables (Vessel Sealing)**

| ITEM CODE | DESCRIPTION | Quantity | UOM |
|---|---|---|---|
| LF1212A | LIGASURE CUR SM JAW SEALER/DIV CA | 6 | CASE |
| LF1623 | LIGASURE 5MM BLUNT TIP LAP SEALERDIVIDER (23CM) | 6 | CASE |
| LF1637 | LIGASURE 5MM BLUNT TIP LAP SEALERDIVIDER (37CM) | 6 | CASE |
| LF1644 | LIGASURE 5MM BLUNT TIP LAP SEALERDIVIDER (44CM) | 6 | CASE |
| LF1723 | LIGASURE MARYLAND JAW LAP DEVICE (23CM) | 6 | CASE |
| LF1737 | LIGASURE MARYLAND JAW LAP DEVICE (37CM) | 6 | CASE |
| LF1744 | LIGASURE MARYLAND JAW LAP DEVICE (44CM) | 6 | CASE |
| LF1823 | BLUNT TIP OPEN SEALER DIVIDER, WITH NANO-COATING | 6 | CASE |
| LF1837 | BLUNT TIP LAP SEALER DIVIDER, WITH NANO-COATING | 6 | CASE |
| LF1844 | BLUNT TIP LAP SEALER DIVIDER, WITH NANO-COATING | 6 | CASE |
| LF1923 | LIGASURE MARYLAND JAW OPEN DIVIDER, WITH NANO-COATING | 6 | CASE |
| LF1937 | LIGASURE MARYLAND JAW LAP DIVIDER, WITH NANO-COATING | 6 | CASE |
| LF1944 | LIGASURE MARYLAND JAW LAP DIVIDER, WITH NANO-COATING | 6 | CASE |
| LF4318 | LIGASURE IMPACT INSTRUMENT | 6 | CASE |
| LF4418 | LIGASURE CURVED LARGE JAW OPEN SEALER | 6 | CASE |
| LF5544 | LIGASURE ADVANCE, PISTOL GRIP | 6 | CASE |
| LF5637 | LIGASURE RETRACT L-HOOK 37CM | 6 | CASE |
| LF5644 | RETRACT L-HOOK LAP DEVICE 44CM | 6 | CASE |
| LS1020 | LIGASURE HANDSWITCHING ATLAS 20 CM | 6 | CASE |
| LS1037 | LIGASURE HANDSWITCHING ATLAS 37 CM | 6 | CASE |

**Related Disposables (Electrosurgery)**

| ITEM CODE | DESCRIPTION | Quantity | UOM |
|---|---|---|---|
| CVPLP2000 | VL SMOKE EVAC PENCIL HOL, STER | 1 | BOX |
| CVPLP2020 | VL SMOKE EVAC PENCIL H, S 20 | 20 | CASE |
| E00091R | PATIENT RETURN CORD - VLAB REM | 1 | BOX |
| E0019 | BIPOLAR FORCEPS CORD | 1 | BOX |
| E0503 | LECTROCORD | 50 | CASE |
| E0509 | CORD STERILE DISP BIPOLAR 50EA | 50 | CASE |
| E0509NSB | CASED DISP BIPOLAR CORD-NSB | 50 | CASE |
| E0510 | STERILE DISP LAP CORD | 50 | CASE |
| E0510NSB | CASED DISP MOLDED CORDSET-NSB | 50 | CASE |
| E0512 | DISP BIPOLAR FORCEPS CORD | 50 | CASE |
| E0520 | DISP SWITCH/CORD 3M (10FT) | 10 | CASE |
| E0560 | CLAMP/CORD ASSEMBLY | 1 | BOX |
| E1000 | ELECTRODE, 1/8" BALL | 1 | BOX |
| E1002 | ELECTRODE, 7/32" BALL | 1 | BOX |
| E1003 | ELECTRODE, 1" FINE NEEDLE | 1 | BOX |
| E1004 | ELECTRODE, 3/32" ANGLED BALL | 1 | BOX |
| E1005 | ELECTRODE, 3/8" LOOP | 1 | BOX |
| E1020 | ELECTRODE 1"BLADE | 1 | BOX |
| E14504 | 4" EDGE BLADE UN-INS | 50 | CASE |
| E14504NSB | EDGE BLADE ELECTRODE 4" NSB | 100 | CASE |
| E14506 | EXTENDED COATED BLADE | 50 | CASE |
| E14506NSB | EDGE BLADE ELECTRODE 6.5" NSB | 100 | CASE |
| E1450G | 2.75 GEN COATED BLADE | 50 | CASE |
| E1450GNSB | EDGE BLADE ELECTRODE 3" GEN NS | 100 | CASE |
| E1450X | 2.75 HEX COATED BLADE | 50 | CASE |
| E1450XNSB | EDGE BLADE ELECTRODE 2.5" HEX | 100 | CASE |
| E1452 | COATED NEEDLE ELECTRODE | 50 | CASE |
| E14526 | EXT COATED NEEDLE ELECTRO | 50 | CASE |
| E1452NSB | EDGE NEEDLE ELECTRODE 2.8" NSB | 100 | CASE |
| E1455 | EDGE INSUL. COATED BLADE | 50 | CASE |
| E1455360 | COATED INSUL BLADE ELEC | 50 | CASE |
| E14554 | 4" EDGE BLADE INSULATED | 50 | CASE |
| E14554NSB | EDGE INSULATED BLADE ELECTRODE | 50 | CASE |
| E14556 | EDGE INSUL. COATED BLADE | 50 | CASE |
| E14556NSB | EDGE INSULATED BLADE ELECTRODE | 50 | CASE |

Proprietary and Confidential Information

4

| | | | |
|---|---|---|---|
| E1455B | EDGE INSLTD BLADE W/SLV 2.75 | 25 | CASE |
| E1455B4 | EDGE INSLTD BLADE W/SLEEVE 4" | 25 | CASE |
| E1455BNSB | EDGE INSULATED BLADE ELECTRODE | 50 | CASE |
| E1455NSB | EDGE INSULATED BLADE ELECTRODE | 50 | CASE |
| E1465 | EDGE INSUL COATED NEEDLE | 50 | CASE |
| E14654 | 4" EDGE NEEDLE INSULATED | 50 | CASE |
| E14654NSB | EDGE INSULATED NEEDLE ELECTROD | 50 | CASE |
| E14656 | EDGE EXT INS COATED NDL | 50 | CASE |
| E1465B | EDGE INSLT NEEDLE W/SLV 2.84 | 25 | CASE |
| E1465B4 | CASED 4" EDGE NEEDLE INSULATED | 25 | CASE |
| E1465BNSB | EDGE INSULATED NEEDLE ELECTROD | 50 | CASE |
| E1465NSB | EDGE INSULATED NEEDLE ELECTROD | 50 | CASE |
| E1475X | 2.75 EDGE COATED BLADE | 50 | CASE |
| E1502 | ELECTRODE EXTENSION | 1 | BOX |
| E1504 | ELECTRODE EXTENSION - 11" | 1 | BOX |
| E1510 | ARTHROSCOPIC HOOK ELECTRODE | 10 | CASE |
| E1511 | AR HOOK ELECTRODE 45 DEG ANGLE | 10 | CASE |
| E1512 | AR ANGLED BLADE ELECTRODE INS | 10 | CASE |
| E1513 | AR ANGLED BLADE ELECTRODE | 10 | CASE |
| E1550 | BALL ELECTRODE | 150 | CASE |
| E15516 | LECTRODE, EXTENDED | 50 | CASE |
| E15516NSB | VALLEYLAB BLADE ELECTRODE 6.5" | 100 | CASE |
| E1551G | BLADE ELECTRODE | 150 | CASE |
| E1551X | BLADE ELECTRODE HEX CHUCK | 150 | CASE |
| E1551XNSB | VALLEYLAB HEX BLADE ELECTRODE | 250 | CASE |
| E1552 | NEEDLE ELECTRODE | 150 | CASE |
| E15526 | EXTENDED NEEDLE ELECTRODE 6" | 50 | CASE |
| E1552NSB | VALLEYLAB NEEDLE ELECTRODE 2.8 | 250 | CASE |
| E1559 | 10X10MM DSP TNG LLETZ LOOP | 10 | CASE |
| E1560 | 15X12MM DSP TNG LLETZ LOOP | 10 | CASE |
| E1561 | 20X12MM DISP TNG LLETZ LOOP | 10 | CASE |
| E1562 | 20X15MM DSP TNG LLETZ LOOP | 10 | CASE |
| E1563 | 3MM DISP LLETZ BALL | 10 | CASE |
| E1564 | 5MM DISP LLETZ BALL | 10 | CASE |
| E1565 | 5X5MM DSP TNG LLETZ SQRE | 10 | CASE |
| E1567 | 10X8MM DSP TNG LLETZ SQRE | 10 | CASE |
| E1650 | POINT TUNGSTEN NEEDLE 2CM | 10 | CASE |
| E1651 | POINT TUNGSTEN NEEDLE 3CM | 10 | CASE |
| E1652 | POINT TUNGSTEN NEEDLE 3CM WITH 3MM ANGLE | 10 | CASE |
| E1653 | POINT TUNGSTEN NEEDLE 3CM WITH 1MM ANGLE | 10 | CASE |
| E1654B | POINT TUNGSTEN NEEDLE 3.5 " STRAIGHT | 10 | CASE |
| E2100 | REUSABLE PENCILW/15FT CORD 50U | 10 | CASE |
| E2250H | FOOTSWITCH PENCIL | 50 | CASE |
| E2250HNSB | FTSWITCH PENCIL EDGE BLADE ELE | 50 | CASE |
| E2350H | ROCKERSWITCH PENCIL | 50 | CASE |
| E2350HDB | EDGE RKR PNCL W/ 15' CORD | 50 | CASE |
| E2350HDBNSB | EDGE ROCKER SWITCH PENCIL W/HO | 50 | CASE |
| E2350HGNSB | EDGE ROCKER SWITCH PENCIL W/HO | 1800 | CASE |
| E2350HNSB | EDGE ROCKER SWITCH PENCIL W/HO | 50 | CASE |
| E2350HS | EDGE SMOKE ROCKER PENCIL | 25 | CASE |
| E2350HSNSB | EDGE ROCKER PENCIL HOLSTER SMO | 50 | CASE |
| E2400 | E.S. ACCESSORY HOLSTER | 50 | CASE |
| E2400NSB | CASED HOLSTER NSB | 100 | CASE |
| E2401 | DISPOSABLE LECTROBRASIVE | 100 | CASE |
| E2450H | BUTTONSWITCH PENCIL | 50 | CASE |
| E2450HDBNSB | EDGE BTN PNCL W/ 15' CORD NSB | 50 | CASE |
| E2450HGNSB | EDGE CT PEN BUTTON HLSTRAIGHT | 1800 | CASE |
| E2450HNSB | DISP HNDSWITCH PENCIL W/H & CB | 50 | CASE |
| E2450HS | BUTTON PENCIL W/SMOKE EVAC,CB | 25 | CASE |
| E2450HSNSB | EDGE PENCIL HOLSTER SMOKE ATTA | 50 | CASE |
| E2504 | LECTROCHUCK | 50 | CASE |
| E2504H | FOOTSWITCHING PENCIL W/HOLSTER | 50 | CASE |
| E2504NSB | VALLEYLAB FOOTSWITCHING PENCIL | 50 | CASE |

| E250510FR | LECTROVAC 6-INCH | 25 | CASE |
|---|---|---|---|
| E250510FRNSB | SUCTION COAGULATOR 6INCH 10 FR | 50 | CASE |
| E250610FR | LECTROVAC 16-INCH | 10 | CASE |
| E2510H | ARTHRO KIT HOOK INSULATED | 10 | CASE |
| E2511H | ARTHRO KIT 45 DEG INSULATED | 10 | CASE |
| E2512H | ARTHRO KIT ANGLD BLD INSULATED | 10 | CASE |
| E2515 | DISPOSABLE HANDSW PENCIL | 50 | CASE |
| E2515GNSB | ROCKER SWITCH PENCIL GNSB | 2400 | CASE |
| E2515H | DISP HNDSW PENCIL W/ HOLSTER | 50 | CASE |
| E2515HDA | DISP HNDSW PNCL W/HLSTR & NDL | 50 | CASE |
| E2515HDANSB | ROCKER SWITCH PENCIL W/HOLSTER | 50 | CASE |
| E2515HDB | DHP W/RCKR, 15' CORD & HLSTR | 50 | CASE |
| E2515HDBNSB | ROCKER SWITCH PENCIL W/HOLSTER | 50 | CASE |
| E2515HGNSB | ROCKER SWITCH PENCIL W/HOLSTER | 1800 | CASE |
| E2515HNSB | ROCKER SWITCH PENCIL W/HOLSTER | 50 | CASE |
| E2515HS | PENCIL W/SMOKE EVACUATION | 25 | CASE |
| E2515HSNSB | ROCKER PENCIL HOLSTER SMOKE AT | 50 | CASE |
| E2515NSB | ROCKER SWITCH PENCIL NSB | 50 | CASE |
| E2516 | HANDSWITCH PENCIL | 50 | CASE |
| E2516GNSB | BUTTON SWITCH PENCIL GNSB | 2400 | CASE |
| E2516H | HANDSWITCH PENCIL W/ HOLSTER | 50 | CASE |
| E2516HDA | DISP HNDSW PNC W/HLSTR & NDL | 50 | CASE |
| E2516HGNSB | BUTTON SWITCH PENCIL HOLSTER G | 1800 | CASE |
| E2516HNSB | BUTTON SWITCH PENCIL HOLSTER N | 50 | CASE |
| E2516HS | PENCIL W/SMOKE EVACUATION | 25 | CASE |
| E2516NSB | BUTTON SWITCH PENCIL NSB | 50 | CASE |
| E2517H | POWER CONTROL PENCIL | 10 | CASE |
| E2520H | ARGON PLUS HANDSET 10/CASE | 10 | CASE |
| E253028 | GSU 2 EXTENDER 28CM | 10 | CASE |
| E25303 | DISP EXTENDER 3" GSU | 10 | CASE |
| E25306 | DISP EXTENDER 6" GSU | 10 | CASE |
| E2532 | GSU 1" NEEDLE, 50/CASE | 50 | CASE |
| E258028 | GSU RETRACTABLE BLADE 28-CM | 10 | CASE |
| E258128 | GSU RETRACTABLE L-HOOK 28-CM | 10 | CASE |
| E258228 | GSU RETRACTABLE S. NEEDLE 28CM | 10 | CASE |
| E258328 | GSU RETRACTABLE B NEEDLE 28CM | 10 | CASE |
| E26086 | LECTROVAC II 6-INCH | 25 | CASE |
| E261016 | ASSY HNDSW LECTROVAC | 10 | CASE |
| E26106 | LECTROVAC II 6-INCH | 25 | CASE |
| E26126 | LECTROVAC II 6-INCH | 25 | CASE |
| E2750 | LCD HANDSWITCH STERIL CS/10 | 10 | CASE |
| E2750NSB | LAPAROSCOPIC HANDSET NON-STERI | 10 | CASE |
| E277028 | STRAIGHT SPATULA | 10 | CASE |
| E277128 | CURVED SPATULA | 10 | CASE |
| E277228 | WIRE "J" | 10 | CASE |
| E277328 | WIRE "L" | 10 | CASE |
| E277428 | FLAT L | 10 | CASE |
| E278028 | LHE STRAIGHT SPATULA TIP | 10 | CASE |
| E278128 | LHE CURVED SPATULA TIP | 10 | CASE |
| E2781R28ASP | RET CUR SPAT W/ASP HOLES | 10 | CASE |
| E278228 | LHE WIRE "J" HOOK TIP | 10 | CASE |
| E2782R28ASP | RET WIRE J W/ASP HOLES | 10 | CASE |
| E278328 | LHE WIRE "L" HOOK TIP | 10 | CASE |
| E2783R28ASP | RET WIRE L W/ASP HOLES | 10 | CASE |
| E2783R36ASP | RET WIRE L W/ASP HOLES | 10 | CASE |
| E278428 | ELECTRODE, FLAT L | 10 | CASE |
| E2784R28ASP | RET FLAT L W/ASP HOLES | 10 | CASE |
| E278628 | LHE CYLINDRICAL TIP | 10 | CASE |
| E2999 | CORD MONOPOLAR DAVINCI | 1 | BOX |
| E3305NSB | SUCTION COAGULATOR 10 FR-6INCH | 50 | CASE |
| E3310NSB | SUCTION COAGULATOR 10FR-6INCH | 50 | CASE |
| E3590 | SMOKE ATTACH WITH FLEXIBLE TUBING | 25 | CASE |
| E3595 | ACCUVAC EXTENSION | 10 | CASE |

Proprietary and Confidential Information

6

Capital Purchase Agreement

| E3600 | RAPID VAC ES SENSOR | 1 | BOX |
|---|---|---|---|
| E3605 | INTERLINK CABLE | 1 | BOX |
| E3615 | OPTIMUMM FOOTSWITCH | 1 | BOX |
| E3625 | OPTIMUMM ULPA FILTER | 3 | CASE |
| E3630 | SMOKE EVACUATOR PREFILTER | 25 | CASE |
| E3635 | TUBING 7/8" X 10' STERILE | 12 | CASE |
| E3645 | TUBING, 3/8" X 10', STERILE | 10 | CASE |
| E3650 | WAND 7/8" DIA STER | 5 | CASE |
| E3655 | REDUCER FITTING 7/8" TO 3/8" | 25 | CASE |
| E3660 | PREFILTER ADAPT 1 1/3" TO 3/8" | 25 | CASE |
| E3665 | PREFILTER ADAPT 1 1/3" TO 7/8" | 25 | CASE |
| E3680 | TUBING FLUID CANISTER KIT | 3 | CASE |
| E3770-36C | CleanCoatTM Laparoscopic Straight Spatula Electrode 36 cm, coated | 10 | BOX |
| E3771-36C | CleanCoatTM Laparoscopic Curved Spatula Electrode 36 cm, coated | 10 | BOX |
| E3771-45C | CleanCoatTM Laparoscopic Curved Spatula Electrode 45 cm, coated | 10 | BOX |
| E3772-36C | CleanCoatTM Laparoscopic Wire J-Hook Electrode 36 cm, coated | 10 | BOX |
| E3773-36C | CleanCoatTM Laparoscopic Wire L-Hook Electrode 36 cm, coated | 10 | BOX |
| E3773-45C | CleanCoatTM Laparoscopic Wire L-Hook Electrode 45 cm, coated | 10 | BOX |
| E3774-36C | CleanCoatTM Laparoscopic Flat L-Hook Electrode 36 cm, coated | 10 | BOX |
| E3774-45C | CleanCoatTM Laparoscopic Flat L-Hook Electrode 45 cm, coated | 10 | BOX |
| E4051CT | FORCEP INSUL SCOVILL/GREENWALD | 1 | BOX |
| E4052CT | FORCEP INSUL BAYONET CUSH 6" | 1 | BOX |
| E4053CT | FORCEP CUSHING 7" INSUL | 1 | BOX |
| E4054CT | FORCEP INSUL BAYONET CUSH 7" | 1 | BOX |
| E4055CT | FORCEP JEWELERS STR/TIP 4" | 1 | BOX |
| E4057CT | FORCEP INSUL GRLD MICROBIP 7.5 | 1 | BOX |
| E4058CT | FORCEP CUSHING BAYONET 7.5" IN | 1 | BOX |
| E4059CT | FRCP HARDY/MICRBPLR W/STP | 1 | BOX |
| E4060CT | FORCEP SEMKIN MICROBIP W/STP | 1 | BOX |
| E4062CT | FRCP IRIS CURVED 3.5" INS | 1 | BOX |
| E4073CT | FRCP TITANIUM INSULATED | 1 | BOX |
| E7506 | POLYHESIVE RETURN ELECTRODE | 50 | CASE |
| E7507 | POLYHESIVE II RETURN ELECTRODE | 50 | CASE |
| E7507DB | POLYHESIVE II RETURN ELECTRODE - 15' | 50 | CASE |
| E7508 | ADULT RETURN ELEC W/O CORD | 100 | CASE |
| E7509 | POLYHESIVE II CORDLESS | 50 | CASE |
| E7509B | POLYHESIVE CORDLESS BULK | 600 | CASE |
| E751025 | PED RETURN ELEC | 25 | CASE |
| E751025DB | PED RETURN ELEC | 25 | CASE |
| E7512 | NEONATAL RETURN ELECTRODE | 12 | CASE |
| FT3000 | FORCETRIVERSE | 25 | CASE |
| FT3000DB | TRIVERSE | 25 | CASE |
| QI2301 | WOLF TO VL BIPOLAR CORD | 1 | BOX |
| QI2401 | BIPOLAR FORCEPS CORD | 1 | BOX |
| RVFT10 | FLUID TRAP BUFFALO FILTER | 10 | CASE |
| SEA3700 | FILTER 3 PORT, RFID | 2 | CASE |
| SEA3705 | TUBING 1/4" X 10 | 10 | CASE |
| SEA3710 | TUBING 3/8" X 10 | 10 | CASE |
| SEA3715 | TUBING WITH SPONGE GUARD, 7/8" X 10 | 12 | CASE |
| SEA3720 | TUBING 1/4" LAP SMOKE | 12 | CASE |
| SEA3725 | Laser Resistant Wand 7/8" x 8" | 5 | CASE |
| VL2600NSB | DISP BUTTON PENCIL W/HOL NSB | 50 | CASE |
| VTWT515 | 1 1/3" X 10' TUBING WITH SPONGE GRD | 5 | CASE |

Proprietary and Confidential Information

7