# HCA & MEDTRONIC CORPORATE PARTNERSHIP

# MITG



Lisa Gildea – Area Vice President

Barry Bellows - East Florida Regional Manager

October 5, 2017

SUMMARY OF CORPORATE AGREEMENT, WHAT'S NEW, AND CAPITAL OPPORTUNITY



# HCA INTERNAL ANNOUNCEMENT



# Medtronic-MITG Advanced Energy

- **Why are we doing this?**
  - **The overall value that Medtronic brings as a corporate partner creates a unique business opportunity for HCA.**

- **How is this going to impact our sustainability efforts?**
  - **Sustainability efforts are a high priority for both HCA and Medtronic. Both organizations are committed to finding new ways to embrace and partner on sustainability initiatives.**

- **What do I tell a doctor who asks where the reprocessed product went?**
  - **As part of the corporate agreement with Medtronic, HCA will not purchase reprocessed Medtronic energy products.**

- **What happens to our collection efforts?**
  - **There are no changes in our collection efforts.**



# PARTNERSHIP DETAILS

## HCA & MITG DEAL OVERVIEW



# MEDTRONIC MITG
## KEY DEAL POINTS

1. Continue to Collect with Stryker™ or Medline™, do not purchase Reprocessed Ligasure going forward

2. All HCA Hospitals now back on Tier 1 best pricing

3. 16% Advanced Energy Rebate now in place (SIP/D4C – paid at the Divisional Level) to facilitate move from reprocessing to OEM on all MDT Energy

4. (Optional) HCA equipment upgrade program:

   - Upgrade Triad fleet to FT10 generators

     - $4,000 incremental spend over PY Ligasure/ upgrade

     - $13,000 incremental spend over PY Ligasure/ new capital placement

     - Revenue commitment already in place / some urgency in regard to timing

5. 40% line item price discount on HCA selected high volume Endo-Mechanical codes

   - HCA has revenue targets in place  / pricing should alleviate reliance on 3rd party endo purchasing

© 2017 Medtronic. All rights reserved. Medtronic, Medtronic logo and Further, Together are trademarks of Medtronic. ™* Third party brands are trademarks of their respective owners.  All other brands are trademarks of a Medtronic company.  US170879 09/2017



# HCA/MEDTRONIC-MITG CORPORATE PROGRAM STRUCTURE:

|  | Target Growth | MITG Base (9 Mths) | MITG Growth Target | MITG Total Target | MITG Rebate % | MITG Rebate $ |
|---|---|---|---|---|---|---|
| Tier 1 | 1.00% | $86,641,097 | $866,411 | $87,507,508 | 1.00% | $875,075 |
| Tier 2 | 5.00% | $86,641,097 | $4,332,055 | $90,973,152 | 2.00% | $1,819,463 |
| Tier 3 | 10.00% | $86,641,097 | $8,664,110 | $95,305,207 | 3.00% | $2,859,156 |

## Corporate Program Details:

- Three tiered grid based on qualifying growth/value target achieved from August 1, 2017 thru April 30, 2018.
- Dollars are measured each Medtronic fiscal quarter. HCA has the ability to reconcile value if they hit overall growth target of 10% by the end of the program period.

## Year 1 HCA/MITG Identified Opportunities (specific to Surgical Innovations)

- **Advanced Energy: "Key Deal Points"**

  - Continue to collect with Stryker™* or Medline™ but do not re-purchase.

  - HCA would be compliant to the sole source commitment to the Advanced Energy Agreement #4738 and would continue to receive tier 1 pricing.

  - No commitment to purchase Valleylab™ FT10 generators; Option to upgrade ForceTriad™ to FT10 generators based on divisions/facilities desire to do so via Co-Op Placement Program.

© 2017 Medtronic. All rights reserved. Medtronic, Medtronic logo and Further, Together are trademarks of Medtronic. ™* Third party brands are trademarks of their respective owners. All other brands are trademarks of a Medtronic company.   US170879 09/2017



# CAPITAL OPPORTUNITY



# MEDTRONIC  CO-OP OVERVIEW
## OPTIONAL CAPITAL UPGRADE PROGRAM

*Our Capital Purchase Program ("Co-Op") provides customers with an option to update and standardize their electrosurgical and vessel-sealing generator fleets to the latest Valleylab™ FT10 energy platform.*

- Disposable revenue commitment is determined at contract creation.



- *Valleylab™* FT10 energy generator title transfers at <u>beginning</u> of agreement.



- If commitment is met, an additional discount on disposable purchases is applied during the contract term that can fully fund the capital acquisition.

| CPP Summary | |
|---|---|
| Title transfer | At beginning of agreement |
| Capital buyout requirement | No additional outlay based on the additional disposable discount |
| Compliance Period | Annual during term |
| Length of term | 3 years |



© 2017 Medtronic. All rights reserved. Medtronic, Medtronic logo and Further, Together are trademarks of Medtronic. ™* Third party brands are trademarks of their respective owners.  All other brands are trademarks of a Medtronic company.  US170879 09/2017

**Medtronic**

# FT10 Acquisition - Example

## Purchased Capital

| EQUIPMENT | CUSTOMER NUMBER | | | QTY | Extended Price |
|---|---|---|---|---|---|
| VLFT10GEN | 329303 | | Hospital X | 9 | $ 135,000.00 |
| VLFTCRT | 329303 | | | 9 | $ 13,129.56 |
| E6008 | 329303 | | | 9 | $ 2,529.81 |
| E6019 | 329303 | | | 9 | $ 762.84 |

**TOTAL** $ 151,422.21

## Trade-In Equipment

| Equipment | Customer Number | Customer Name | | SERIAL NUMBER |
|---|---|---|---|---|
| FORCETRIAD | 329303 | | L | T2F30073EX |
| FORCETRIAD | 329303 | | L | T2F30072EX |
| FORCETRIAD | 329303 | | L | T2D28959EX |
| FORCETRIAD | 329303 | Hospital X | L | T2D28963EX |
| FORCETRIAD | 329303 | | L | T9L14410E |
| FORCETRIAD | 329303 | | L | T2D28962EX |
| FORCETRIAD | 329303 | | L | T9L14413E |
| FORCETRIAD | 329303 | | L | T1C21611EX |
| FORCETRIAD | 329303 | | L | T9L14421E |

The total credit received from a trade-in ("Trade-In Credit") shall not exceed [Trade-In Credit Amount] [for all equipment traded in under this Agreement]/ [for each category of equipment to be traded in under this Agreement].

[DOWNPAYMENT AMOUNT]/[TRADE-IN CREDIT AMOUNT*]     $ (45,000.00)

NET CAPITAL PURCHASE PRICE (AMOUNT TO BE LISTED IN Exhibit A-2)     $ 106,422.21

MDT Confidential



# Payment Schedule- Example

| Annual Payment Terms | Period Ending | Minimum Annual Related Disposable Purchase Value Requirement to earn maximum Discount* | Maximum Annual Discount* | Discount Earned on Disposable Net Purchase Requirement (based on earning 100% Discount) | Discount Earned on Disposable Net Purchase Requirement (based on earning 75% Discount) | Discount Earned on Disposable Net Purchase Requirement (based on earning 50% Discount) | Discount Earned on Disposable Net Purchase Requirement (based on earning 0% Discount) |
|---|---|---|---|---|---|---|---|
| Payment 1 Due | One year from Effective Date | $ 610,114.01 | $ 35,474.07 | $ 35,474.07 | $ 26,605.55 | $ 17,737.04 | $ - |
| Payment 2 Due | Two years from Effective Date | $ 610,114.01 | $ 35,474.07 | $ 35,474.07 | $ 26,605.55 | $ 17,737.04 | $ - |
| Payment 3 Due | Three years from Effective Date | $ 610,114.01 | $ 35,474.07 | $ 35,474.07 | $ 26,605.55 | $ 17,737.04 | $ - |
| Total over Term | | $ 1,830,342.03 | $ 106,422.21 | $ 106,422.21 | $ 79,816.66 | $ 53,211.11 | $ - |

| MDT Confidential



# Earned Discount Schedule - Example

- Hospital will earn a Discount based on the achievement level of Related Disposable purchases to the Spend Target during the applicable Contract Year

| Contract Year Disposable Spend Target Achievement | Contract Year Discount % Earned | Contract Year Cash Payment Required for Capital after application of Discount |
|---|---|---|
| 100% (or greater) | 100% | $0.00 |
| 90% – 99% | 75% | $8,868.52 |
| 80% – 89% | 50% | $17,737.04 |
| 0% – 79% | 0% | $35,474.07 |



| MDT Confidential

# CAPITAL OPPORTUNITY – WEST FLORIDA
## PROPOSED FT10  OPTIONAL GENERATOR FLEET UPGRADES

| Triad trade-in and upgrade | Current Triads in Place |
|---|---|
| Blake | 6 |
| Doctor's | 7 |
| Fawcett | 3 |
| St. Pete General | 7 |
| Largo | 3 |
| Trinity | 5 |
| Bayonet Point | 1 |
| Memorial | 1 |
| Oak Hill | 7 |
| Citrus | 3 |

**Medtronic**

# REPROCESSED USAGE – WEST FLORIDA
## EXPECTED REVENUE RETURN

- $633,060* Reprocessing Revenue Returned to Medtronic

- Total of 43 Force TRIAD Generators in West Florida

| Generators | Revenue Commitment |
|---|---|
| 43 Triads Upgraded to FT10 | $172,000 |
| 35 Additional  FT10's (where needed) | $455,000 |
| Total FT10's 78 | $627,000 |

| Hospital | Additional Generator Needs |
|---|---|
| Largo | 2 |
| Doctor's | 1 |
| Blake | 4 |
| Bayonet | 2 |

*Estimated revenue

**Medtronic**

# CAPITAL OPPORTUNITY – EAST FLORIDA DIVISION

## PROPOSED FT10  OPTIONAL GENERATOR FLEET UPGRADES

| HCA Member | Current TRIADs in Place | Current FT10s in Place |
|---|---|---|
| Mercy Hospital | 2 | 12 |
| Westside Regional Medical Center | 6 | 0 |
| Northwest Medical Center | 10 | 0 |
| Plantation General Hospital | 5 | 1 |
| JFK Medical Center North | 1 | 0 |
| Lawnwood Regional Medical Center | 9 | 3 |
| St. Lucie Medical Center | 8 | 0 |
| University Hospital | 7 | 0 |
| JFK Healthcare System | 1 | 1 |
| Palms West Hospital | 0 | 3 |
| Raulerson Hospital | 2 | 4 |
| Aventure Hospital | 0 | 0 |
| Kendall Regional Medical Center | 0 | 4 |
| | **57** | **26** |

[Hospital Name] Business Review   |   [Date]   |   Medtronic Confidential

**Medtronic**

# REPROCESSED USAGE – EAST FLORIDA
## EXPECTED REVENUE RETURN

- $398,850* Reprocessing Revenue Returned to Medtronic

- Total of **57** Force TRIAD Generators in East Florida

| Generators | Revenue Commitment |
|---|---|
| 57  TRIADs Upgraded to FT10 | $228,000 |
| 13  Additional  FT10's (where needed) | $170,850 |
| 70  Total FT10's | $398,850 |

| Hospital | Additional Generator Needs |
|---|---|
| Northwest | 1 |
| JFK Healthcare | 8 |
| JFK  Medical Center North | 3 |
| Aventure Hospital | 1 |

*Estimated revenue

[Hospital Name] Business Review   |   [Date]   |   Medtronic Confidential

**Medtronic**

# CAPITAL OPPORTUNITY – NORTH FLORIDA DIVISION
## PROPOSED FT10  OPTIONAL GENERATOR FLEET UPGRADES

| HCA Member | Current TRIADs in Place | Current FT10s in Place |
|---|---|---|
| Poinciana Medical Center | 3 | 0 |
| Oviedo Medical Center | 0 | 5 |
| Osceola Regional Medical Center | 8 | 1 |
| Putnam Community Medical Center | 2 | 0 |
| Orange Park Medical Center | 10 | 0 |
| Fort Walton Beach Medical Center | 5 | 0 |
| West Florida Hospital | 3 | 0 |
| Ocala Regional Medical Center | 7 | 0 |
| West Marion Hospital | 2 | 4 |
| Oak Hill Medical Center | 5 | 4 |
| Citrus Memorial | 3 | 0 |
| Gulf Coast Regional Medical Center | 4 | 0 |
| Capital Regional Medical Center | 4 | 0 |
| Central Florida Regional Hospital | 0 | 0 |
| Lake City Medical Center | 1 | 0 |
| North Florida Regional Medical Center | 3 | 0 |
| | **60** | **14** |

[Hospital Name] Business Review   |   [Date]   |   Medtronic Confidential

**Medtronic**

# REPROCESSED USAGE – NORTH FLORIDA
## EXPECTED REVENUE RETURN

- $945,360* Reprocessing Revenue Returned to Medtronic
- Total of **60** Force Triad Generators in North Florida

| Generators | Revenue Commitment |
|---|---|
| 60  TRIADs Upgraded to FT10 | $240,000 |
| 54  Additional  FT10's (where needed) | $705,360 |
| 114 Total FT10's | $945,360 |

| Hospital | Additional Generator Needs |
|---|---|
| Capital Regional | 3-4 |
| Gulf Coast  Regional | 4 |
| Osceola Regional Medical Center | 4 |
| Poinciana Medical Center | 2 |

*Estimated revenue

**Medtronic**

# PROGRAM OVERVIEW
## LIGASURE™ DEVICE PERFORMANCE GUARANTEE

- **Requirements:**
  - 85% of Electrosurgery products purchased from Medtronic
  - 85% of Advanced RF Energy products purchased from Medtronic
  - When used with Valleylab™ FT10 Energy platform that is under warranty
- **Terms and Conditions:**
  - Offered only to standardized customers, compliant to their current energy contracts
  - Only applicable on original equipment manufactured (OEM) Medtronic LigaSure™ devices used on a Valleylab™ FT10 Energy Platform, that is under warranty
  - Field Technical Report (FTR) on the product in question must be submitted no later than 10 days after incident



© 2017 Medtronic. All rights reserved. Medtronic, Medtronic logo and Further, Together are trademarks of Medtronic. ™* Third party brands are trademarks of their respective owners.  All other brands are trademarks of a Medtronic company.  US170879 09/2017

**Medtronic**

# PROGRAM OVERVIEW
## LIGASURE™ DEVICE PERFORMANCE GUARANTEE

- LigaSure™ device & Valleylab™ FT10 Energy Platform, in question, must be returned within 30 days of incident and show a manufacturing defect contributed to the incident in question
- If a LigaSure™ device or Valleylab™ FT10 Energy Platform is found to have a manufacturing defect that contribute to the incident in question, Medtronic will pay the customer the following:
  - 50% refund for all LigaSure™ disposables purchased since signing the standardization contract – minus any cost if the account has an RFA unit
  - This payout is not to exceed 12 months usage and/or $500,000
- Medtronic will indemnify the hospital for any third party charges associated with the incident, not to exceed $2,000,000

© 2017 Medtronic. All rights reserved. Medtronic, Medtronic logo and Further, Together are trademarks of Medtronic. ™* Third party brands are trademarks of their respective owners.  All other brands are trademarks of a Medtronic company.  US170879 09/2017

**Medtronic**

# NEXT STEPS



# NEXT STEPS
## MEDTRONIC DELIVERABLES

- We will deliver same presentation at the account level

- In-service your staff around Nano-coating and the Valleylab™ FT10 generator

- Deliver Co-Op paperwork/Proposals at the facility level

- We will conduct quarterly business reviews with both the divisions and the facilities to review compliance and value pick-up

© 2017 Medtronic. All rights reserved. Medtronic, Medtronic logo and Further, Together are trademarks of Medtronic. ™* Third party brands are trademarks of their respective owners.  All other brands are trademarks of a Medtronic company.  US170879 09/2017



# APPENDIX



# MITG ENERGY/CORP PROGRAM SCENARIO

- **<u>Deal Impact Overview – Advanced Energy:</u>**
  - Turned endo-mechanical rebate into price = ($6.9M) effective August 1, 2017
  - Moved all HCA facilities to tier 1 = **$4M**
  - Energy SIP agreement effective August 1, 2017 = **$2.9M**
    - Revenue target for the 9 month program period = $18.45M
    - Program broken into two payment periods:
      - Payment Period 1: 8/1/17 thru 10/31/17 (3 month revenue target = $6.15M)
      - Payment Period 2: 11/1/17 thru 4/30/18 (6 month revenue target = $12.3M)
  - Proposed Energy equipment deal via Co-Op Program. = ($15K**)** per generator "Optional to Members"
  - MITG proposed Corporate Program participation = **$2.8M**
  - Estimated Value = **$16.6M** (Endo Rebate to Price, Tier Aggregation, Energy SIP Program, MITG Corp Program)

© 2017 Medtronic. All rights reserved. Medtronic, Medtronic logo and Further, Together are trademarks of Medtronic. ™* Third party brands are trademarks of their respective owners. All other brands are trademarks of a Medtronic company.   US170879 09/2017

**Medtronic**

## Medtronic-MITG Advanced Energy

- **Advanced Energy reprocessing off-set rebate offer of $4M**
  - **2016 Advanced Energy Reprocessing savings = $2.8M**

- **MITG Overlay Program**
  - **Tier 1 (1%) annual value = $1.4M**
  - **Tier 2 (2%) annual value = $2.8M**
  - **Tier 3 (3%) annual value = $4.2M**

- **Total annual value opportunity of overlay and reprocessing off-set = $8.2M**

- **Key Deal Points:**
  - **No commitment to purchase ValleyLab™ FT10 Generators ; Option to upgrade ForceTriad™ to ValleyLab™ FT10 generators based on divisions/facilities desire to do so via Co-Op Placement Agreement.**
  - **Continue to Collect with our current supplier but do not re-purchase**
  - *MITG will offer HCA an additional bulk discount in April on all products of 7.5%*
  - **HCA would be compliant to the sole source commitment and continue to receive tier 1 pricing**

