# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>and )<br> )<br>THE STATES OF CALIFORNIA, )<br>COLORADO, CONNECTICUT, )<br>DELAWARE, FLORIDA, GEORGIA, )<br>HAWAII, ILLINOIS, INDIANA, IOWA, )<br>LOUISIANA, MARYLAND, )<br>MASSACHUSETTS, MICHIGAN, )<br>MINNESOTA, MONTANA, NEVADA, )<br>NEW JERSEY, NEW MEXICO, NEW )<br>YORK, NORTH CAROLINA, )<br>OKLAHOMA, RHODE ISLAND, )<br>TENNESSEE, TEXAS, VERMONT, )<br>VIRGINIA, WASHINGTON, AND THE )<br>DISTRICT OF COLUMBIA )<br>*ex rel.* )<br>LEANNE HOUSTON )<br> )<br>              Plaintiffs-Relator, )<br> )<br>vs. )<br> )<br> )<br>MEDTRONIC PLC, MEDTRONIC INC., )<br>COVIDIEN PLC, MCLEOD HEALTH, )<br>INC., and HCA HEALTHCARE, INC. )<br> )<br>              Defendants.    ) | Civil Action No.: 2:20-cv-0337-BHH<br><br>**MOTION FOR WITHDRAWAL<br>OF COUNSEL** |

     NOW comes William N. (Bill) Nettles, counsel for Plaintiffs-Relator in the above-captioned action and moves this court for an order relieving him as counsel pursuant to Local Rule 83.1.07. The Plaintiffs-Relators will continue to be represented by Richard A. Harpootlian, Harpootlian Law Firm, Phillip Donald Barber, Harpootlian Law Firm, J. Rutledge Young, III, Duffy & Young LLC, Julie Lauren Moore, Duffy & Young LLC and Robert Lewis Wehrman, Duffy & Young LLC. The Plaintiffs-Relators have consented to this motion.

Respectfully submitted,

*/s/ William N. (Bill) Nettles*
William N. (Bill) Nettles (Fed. ID #6586)
Law Office of Bill Nettles
2008 Lincoln Street
Columbia, South Carolina 29201
Phone: (803) 814-2826
Email: bill@billnettleslaw.com

Columbia, South Carolina
February 15, 2024